**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically at the time and date indicated, which may be materially different from its entry on the record.**



Russ Kendig
United States Bankruptcy Judge

**Dated: 03:15 PM April 7, 2016**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
CANTON DIVISION

| | |
|---|---|
| IN RE: DANNY COLE | ) BANKRUPTCY CASE NO. 14-60781-rk |
| | ) |
| | ) ADV. CASE NO. 15-06034 |
| | ) |
| | ) JUDGE RUSS KENDIG |
| | ) |
| | ) |

_____

CONSENT JUDGMENT ENTRY
_____

The parties hereby agree to the entry of this Consent Judgment Entry in favor of PRN Funding, LLC ("PRN") and against Danny Cole ("Cole"/"Debtor").

PRN is a factoring company located in Cleveland, Ohio. Debtor sold and assigned certain account debtors' receivables to PRN relating to orthotic medical supplies. The receivables sold by Debtor were fraudulent and were for work that had never been performed, were improperly paid directly to Debtor, or were re-issued invoices from years past for which Debtor had already received payments. Debtor also attempted to sell his business and assets to a

-1-

different company called M&R of Fredericktown Limited, LLC in violation of PRN's security interests.

Debtor filed bankruptcy in the fall of 2012, but failed to name or list PRN as a creditor. After learning of the bankruptcy in 2013, PRN pursued its pre-bankruptcy amounts in an adversary proceeding within the Bankruptcy Court and obtained a judgment against Debtor from this Court. The Debtor also failed to comply with the bankruptcy court's filing requirements and was never granted a discharge in the former bankruptcy.

PRN obtained relief from stay from this Bankruptcy Court to pursue its post-bankruptcy claims against Debtor in State Court in Cuyahoga County. On February 7, 2014, the Cuyahoga County Court granted PRN's motion for summary judgment in the amount of $91,193.00 for fraud.

Debtor has failed to pay all required monetary obligations under the parties' Settlement Agreement. The parties hereby stipulate and agree, by and through their undersigned counsel, to this Consent Judgment Entry and;

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. Debtor Danny Cole is liable to PRN for non-dischargeable fraud in the amount of $91,193.00, plus 10% interest from

2. Debtor Danny Cole hereby waives and releases any and all claims, defenses and appeals relating to PRN, this matter, the related Settlement Agreement and to this Consent Judgment Entry.

    3.    Debtor agrees and consents to pay and is hereby ordered to pay any and all cost, expenses and attorneys' fees incurred by PRN;

    4.    Debtor shall pay any and all Court costs.

IT IS SO ORDERED.

###

APPROVED BY:

*/s/ Danny Cole*
Danny Cole, personally


*/s/ John Juergensen*
John Jurgesnsen
John L. Juergensen Co., LPA
Attorney at Law
Washington Square Office Park
6545 Market Avenue North
North Canton, Ohio 44721
(330) 494-4200


*/s/ Michael R. Stavnicky*
Michael R. Stavnicky
(Reg. No. 0063726)
Singerman, Mills, Desberg & Kauntz Co., L.P.A.
3333 Richmond Road, #370
Beachwood, Ohio 44122
(216) 292-5807
mstavnicky@smdklaw.com
Attorney for Plaintiff